IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT

OF ILLINOIS, ADAMS COUNTY

| | |
|---|---|
| ANGELA K. STOVER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 2017-L-48 |
| BENNETT E. JANUTOLO AND MOBLEY SAFWAY SOLUTIONS, LLC, | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT

NOW COMES Plaintiff, Angela K. Stover, by her attorneys, Schmiedeskamp Robertson Neu & Mitchell LLP, in her Complaint against Defendants, Bennett E. Janutolo and Mobley Safway Solutions, LLC, and hereby states as follows:

1. On November 12, 2016, Plaintiff was lawfully and with due care driving her 2005 Honda Accord traveling southbound on North 12th Street through the intersection with Vermont Street in Quincy, Adams County, Illinois.

2. On November 12, 2016, Defendant Janutolo was operating a 2017 Ford Fleet, owned by his employer Defendant Mobley Safway Solutions, LLC ("Mobley"), and was traveling eastbound on Vermont Street approaching the intersection of 12th and Vermont in Quincy, Adams County, Illinois.

3. At all relevant times, Defendant Janutolo was driving and operating Mobley's motor vehicle as a Mobley employee and was acting within the scope of his employment.

4. At all relevant times, Defendant Janutolo was acting as the agent for his employer Defendant Mobley.

1

5.  At all relevant times, Defendants owed Plaintiff a duty to exercise due care and to operate the vehicle in a safe and reasonable manner and in compliance with the Illinois Vehicle Code.

6.  At all relevant times, Plaintiff was operating her vehicle in a safe, proper and lawful manner.

7.  On said date and time, Defendant Janutolo drove Defendant Mobley's vehicle in such a manner that resulted in a collision with Plaintiff; to wit: Defendant Janutolo failed to stop at the red light at the intersection of 12th and Vermont and otherwise failed to yield the right of way to Plaintiff thereby causing a collision with Plaintiff's vehicle.

8.  That at the aforesaid time and place, Defendant Janutolo driving Defendant Mobley's vehicle breached his duty to comply with the legal requirements for the use of the public roadway and to use due care and was otherwise guilty of one or more of the following negligent acts or omissions:

   a.  Negligently and carelessly failed to obey the required traffic control devices in violation of 625 ILCS 5111-305;

   b.  Negligently and carelessly operated, managed, maintained, controlled and drove the motor vehicle into the passenger side of the motor vehicle operated by the Plaintiff;

   c.  Negligently and carelessly failed to keep a proper lookout ahead for traffic;

   d.  Negligently and carelessly failed to keep the vehicle under control;

   e.  Negligently and carelessly drove the vehicle at a speed which was greater than reasonable and proper with regard to traffic conditions and the use of the roadway, or which endangered the safety of persons or property, in violation of 625 ILCS 11-601(a);

2

Scanned by CamScanner

    f.    Negligently and carelessly failed to decrease his speed so as to avoid colliding with another vehicle, in violation of 625 ILCS 11-601 (a);

    g.    Driving while under the influence in violation of 625 ILCS 11-501 (a).

9.    As a direct and proximate result of one or more of the foregoing negligent acts or omissions of Defendants, Plaintiff suffered medical expenses, lost wages, past and future pain and suffering, disfigurement, permanent disability and loss of enjoyment of a normal life.

WHEREFORE, the Plaintiff, Angela K. Stover, prays for judgment against the Defendants, Bennett E. Janutolo and Mobley Safway Solutions, LLC, as follows:

    A.    A sum in excess of $50,000.00 for medical expenses, lost wages, past and future pain and suffering, disfigurement, permanent disability and loss of enjoyment of a life.

    B.    Costs of suit.

    C.    Any further relief this Honorable Court deems fair and equitable.

By: /s/ Daniel M. McCleery
Delmer R. Mitchell, IL Bar #1930303
Daniel M. McCleery, IL Bar #6321087
Schmiedeskamp, Robertson, Neu & Mitchell LLP
Attorneys for Plaintiff Angela K. Stover
525 Jersey
Quincy, IL 62301
Telephone: (217) 223-3030
Facsimile: (217) 223-1005
E-mail: dmitchell@srnm.com
dmccleery@srnm.com

Scanned by CamScanner