

EXHIBIT B

## COMMERCIAL MOTOR VEHICLE (CMV)

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle.

UNIT _____
CARRIER NAME _____
ADDRESS _____
CITY/STATE/ZIP _____
USDOT NO. _____  ILLCC NO. _____
Source of above info:  ☐ Side of Truck  ☐ Papers  ☐ Driver  ☐ Log Book
Gross Vehicle Weight Rating (GVWR) _____
Were HAZMAT placards displayed on the vehicle ?  ☐ Y  ☐ N
If yes, name on placard: _____
4-Digit UN no. _____  1-digit Hazard Class no _____
Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank) ?  ☐ Y  ☐ N  ☐ UNK
Did HAZMAT Regulations violation contribute to the crash ?
☐ Y  ☐ N  ☐ UNK
Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash ?  ☐ Y  ☐ N  ☐ UNK
Was a Driver/Vehicle Examination Report form completed ?
HAZMAT  ☐ Y  ☐ N  UNK Out of Service ?  ☐ Y  ☐ N
MCS     ☐ Y  ☐ N  UNK Out of Service ?  ☐ Y  ☐ N
Form No. _____
IDOT PERMIT NO. _____  WIDE LOAD ?  ☐ Y  ☐ N
TRAILER WIDTH(S):  0-96"  97-102"  >102"
TRAILER 1  ☐  ☐  ☐
TRAILER 2  ☐  ☐  ☐
TRAILER LENGTH(S): _____ ft  TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft  NO. OF AXLES _____
CRASH LOCATION:  ☐ CITY OF _____  OR  ☐ NEAREST CITY
                 MILES  N  E  S  V  OF  CITY NAME _____
                 CIRCLE ONE

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION _____
CARGO BODY TYPE _____  LOAD TYPE _____

---

X000654033

A Diagram and Narrative are required on all Type **B** crashes, even if units have been moved prior to the officer's arrival.

[Diagram of intersection at Vermont Street and 12th Street showing Unit 1 with N arrow]

**NARRATIVE (Refer to vehicle by Unit No.)**

U2 was traveling southbound on 12th Street approaching the intersection of 12th and Vermont. U3 was traveling northbound on 12th Street approaching the intersection of 12th and Vermont. U1 was traveling eastbound on Vermont approaching the intersection of 12th and Vermont. According to witness, Tim Thomas III, who was traveling behind U1, the traffic signal was red for eastbound traffic. Thomas stated U1 did not stop for the red light and proceeded through the intersection where U1 collided with U2. Upon this collision, debris from the vehicles struck U3's windshield causing the windshield to have multiple chip marks. Upon speaking with the driver of U3, he advised the traffic light for north/southbound traffic was green. The driver of U1, Bennett Janutolo was issued citations for DUI, Operating Uninsured Motor vehicle, Disobeying a Traffic Control Device, and later received a citation for Obstructing Justice, due to refusal of a search warrant for the seizure of blood to determine alcohol content levels.

**LOCAL USE ONLY**

Motorist 1 Report No: _____
Motorist 2 Report No: _____

U1 Color: White   U2 Color: Black
U1 Towed ⓨ / to: WATERS   U2 Towed ⓨ / to: COurtesy Towing
U1 Race: _____   U2 Race: _____

# ILLINOIS TRAFFIC CRASH REPORT

Sheet 2 of 2 Sheets

| DRE | TRFD | TRFC | WEAT | DRVR | VIS | VEHS | LGHT | COL. | MANV | | | | | TRFWY | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3 | 4 | 1 | 1 | 1 | 99 | 5 | 15 | 1 | | | | | 1 | | | | | |

INVESTIGATING AGENCY: Quincy Police Department IL

AGENCY CRASH REPORT NO. **2016-29983**

ADDRESS NO. | HIGHWAY OR STREET NAME
— | 12TH STREET

DAMAGE TO ANY ONE PERSON'S VEHICLE+PROPERTY:
☐ $500 OR LESS
☐ $501 - $1,500
☑ OVER $1,500

TYPE OF REPORT:
☑ ON SCENE
☐ NOT ON SCENE (DESK REPORT)
☐ AMENDED

DATE OF CRASH: **11/12/2016**  TIME: **2:49** ☑ AM ☐ PM

LANE CODE: 

VEHT: 1

(CIRCLE) N S E W — (NAME OF INTERSECTION OR ROAD FEATURE)
AT 12TH / VERMONT STREET

☐ AT INTERSECTION WITH

PPA | PPR | IY002

☐ A. No Injury / Drive Away
☑ B. Injury and/or Tow Due To Crash

INTERSECTION RELATED ☑ Y ☐ N
PRIVATE PROPERTY ☐ Y ☑ N
HIT & RUN ☐ Y ☑ N
PEDAL CYCLIST? ☐ Y ☑ N

DOORING WITH:
City: QUINCY  Township: ☐
County: ADAMS

NUMBER MOTOR VEHICLES INVLD: **3**

## UNIT 3

NAME: **HARTSOCK, EDDIE L**
☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ MAN ☐ NCV

DATE OF BIRTH: **1965**
SEX: **M**  SAFT: **2**  AIR: **3**
INJURY: **0**  EJECT: **1**

NAME: JEEP  MODEL: LIBERTY  YEAR: 2007

STREET ADDRESS:
PLATE NO. **HC234516**  STATE: **IL**  YEAR: **2017**
VIN: **1J8FT57W67D222806**

CITY: QUINCY  STATE: IL  ZIP: 62301
STATE: IL  CLASS: D

VEHICLE OWNER (LAST, FIRST, M.I.): **HARTSOCK, EDDIE L**

TELEPHONE:  DRIVER LICENSE NO.

OWNER ADDRESS (STREET, CITY, STATE, ZIP): QUINCY, IL 62301

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 = NONE
10 = UNDER CARRIAGE
11 = TOTAL (ALL AREAS)
② OTHER
99 = UNKNOWN
POINT OF FIRST CONTACT: **12**

FRONT: 1-2-3, 7-8-9, 0-5-4 (REAR)

TOWED DUE TO CRASH ☐ Y ☑ N
FIRE ☐ Y ☑ N
CELLPHONE ☐ Y ☑ N
EXCEED SPEED LIMIT ☐ Y ☑ N
COM VEH ☑ Y ☐ N  * IF YES SEE DIAGRAM

INSURANCE CO: first acceptance
POLICY NO: **LBIL000038925**

TAKEN TO:  EMS AGENCY:

NAME: ☐ DRIVER ☐ PARKED ☐ DRIVERLESS ☐ PED ☐ PEDAL ☐ EQUES ☐ MAN ☐ NCV
DATE OF BIRTH: mo/day/yr
SEX: SAFT: AIR: INJURY: EJECT:

NAME:  MODEL:  YEAR:
PLATE NO.  STATE:  YEAR:
VIN:

CITY:  STATE:  ZIP:
STATE:  CLASS:

VEHICLE OWNER (LAST, FIRST, M.I.):
TELEPHONE:  DRIVER LICENSE NO.
OWNER ADDRESS (STREET, CITY, STATE, ZIP):

CIRCLE NUMBER(S) FOR DAMAGED AREA(S):
00 = NONE
10 = UNDER CARRIAGE
11 = TOTAL (ALL AREAS)
12 = OTHER
99 = UNKNOWN
POINT OF FIRST CONTACT: 

FRONT: 1-2-3, 7-8-9, 0-5-4 (REAR)

TOWED DUE TO CRASH ☐ Y ☐ N
FIRE ☐ Y ☐ N
CELLPHONE ☐ Y ☐ N
EXCEED SPEED LIMIT ☐ Y ☐ N
COM VEH ☐ Y ☐ N

INSURANCE CO:  POLICY NO:

PASSENGERS & WITNESSES ONLY (NAME)/(ADDR)/(TEL) (HOSP) (EMS)

| (EVNT) | (MVSTY) | (LOC) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ.) | (EJCT) | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 11 | 1 | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

DAMAGED PROPERTY OWNER NAME: **CITY OF QUINCY**
PROPERTY OWNER ADDRESS: **710 MAINE**  CITY: **QUINCY**  STATE: **IL**  ZIP: **62301**

DAMAGED PROPERTY: **TRAFFIC SIGNAL**

ARREST NAME: **JANUTOLO, BENNETT E**  SECTION: **11-305**  CITATION NO.: **232032**
ARREST NAME: **JANUTOLO, BENNETT E**  SECTION: **720 5/31-4**  CITATION NO.: **232033**

OFFICER ID: **123**  SIGNATURE: **ERIN WHEELER**  BEAT/DIST:  SUPERVISOR ID: **NATHAN ELBUS, 261**

CONTRIBUTORY CAUSE(S): PRIMARY **08**  SECONDARY **25**
POSTED SPEED LIMIT: **30**

DATE POLICE NOTIFIED: **11/12/2016**  TIME NOTIFIED: **2:49** ☑ AM ☐ PM
COURT DATE:  COURT TIME: ☐ AM ☐ PM

Did crash occur in a Work Zone? ☐ Y ☑ N
If YES check one below:
☐ Construction
☐ Maintenance
☐ Utility
☐ Unknown work zone type

Workers present? ☐ Y ☑ N

| (UNIT) | (SEAT) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |

# COMMERCIAL MOTOR VEHICLE (CMV)

X000654033

A **Diagram** and **Narrative** are required on all Type B crashes, even if units have been moved prior to the officer's arrival.

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:
1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purposes); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT _____

CARRIER NAME _____

ADDRESS _____

CITY/STATE/ZIP _____

USDOT NO. _____ ILLCC NO. _____

Source of above info: ☐ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

Gross Vehicle Weight Rating (GVWR). _____

Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N

If yes, name on placard _____

4-Digit UN no. _____ 1-digit Hazard Class no. _____

Did HAZMAT Spill from the vehicle (do not consider fuel from the vehicle's own tank)? ☐ Y ☐ N ☐ UNK

Did HAZMAT Regulations violation contribute to the crash?
☐ Y ☐ N ☐ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ N ☐ UNK

Was a Driver/Vehicle Examination Report form completed?
HAZMAT ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
MCS ☐ Y ☐ N ☐ UNK Out of Service? ☐ Y ☐ N
Form No. _____

IDOT PERMIT NO. _____ WIDE LOAD? ☐ Y ☐ N
TRAILER WIDTH(S): 0-96" 97-102" >102"
TRAILER 1 ☐ ☐ ☐
TRAILER 2 ☐ ☐ ☐
TRAILER LENGTH(S): 1 _____ ft   TRAILER 2 _____ ft
TOTAL VEHICLE LENGTH _____ ft   NO. OF AXLES _____

CRASH LOCATION: ☐ CITY OF _____ OR ☐ NEAREST CITY
_____ MILES N E S W OR _____ CITY NAME
CIRCLE ONE

SELECT CODES FROM BACK COVER OF CRASH BOOKLET
VEHICLE CONFIGURATION _____
CARGO BODY TYPE _____ LOAD TYPE _____

NARRATIVE (Refer to vehicle by Unit No.)

LOCAL USE ONLY

Motorist 3 Report No: _____

Motorist Report No: _____

U3 Color: White    U Color _____    U3 Race _____    U Race _____

U3 Towed by / to: _____    U Towed by / to: _____