

# STEPHEN P. RAPP
ATTORNEY AT LAW

THE BLACKSTONE BUILDING
237 NORTH SIXTH STREET
SUITE 10
QUINCY, ILLINOIS 62301

TELEPHONE (217) 223-4570
FAX (217) 223-4577

<u>Via Email (jswift@bjpc.com)
and Regular Mail</u>

November 15, 2016

Joseph Swift, Esq.
Brown & James Law Firm
800 Market Street
Suite 1100
St. Louis, MO 63101

    Re:    *Follow-up to Telephone Conversation*
            *Notice of Claim/Letter of Representation*
            *Bodily Injury Claim of Angela Stover*

Dear Mr. Swift:

    Please let me thank you for the time that you took in discussing the very tragic crash and collision involving Angela Stover that occurred on November 12, 2016. Angela is a single mother of two children and as a result of the crash and collision, she sustained multiple traumatic injuries of a critical and serious nature. Please find enclosed certain documentation and photographs to assist you in your initial review of this matter. Indeed, this pleasant woman that I have known previously as a client is fighting for her life on so many fronts.

    While our investigation continues, our initial review, subject to modifications, corrections and additions, is that our client suffered a serious brain injury with prolonged loss of consciousness with brain hemorrhaging, severe chest trauma requiring intubation, multiple fractured ribs, fractured pelvis, fractured lower back, fractured right hand, among other significant injuries. Following the collision, it is our understanding that she was unresponsive and not breathing at the scene. Following extrication from the vehicle, she was rushed to Blessing Hospital where she was admitted to the Intensive Care Unit in critical condition. She remains hospitalized and the extent of her serious brain injury remains unclear.

    As you can see, our client will suffer a lifetime of injuries and this is especially troublesome given the fact that she has two relatively young children. At this point we are unsure of whether she will ever be able to return to as what we understand her position as a dental assistant at the Quincy Senior Citizens Center.

EXHIBIT C

*Joseph Swift, Esq.*
*November 15, 2016*
*Page 2 of 2*

    Please be advised that Angela's mother is next of kin and she will likely be appointed as her guardian at this period of time due to her disability.

    In our view it will be extremely important early on to understand the complexity of this case together with its value that is clearly a heavy seven figure case. In light of our representation, we ask that you please contact us regarding the property damage, together with the other things that we discussed today.

    It is our hope that we can work together in a cooperative fashion to attempt to bring some normality to this young woman's life that was nearly taken in this most tragic crash and collision. Thank you.

                                      Best regards,

                                      Stephen P. Rapp

SPR/lar
Enclosures